**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01494-CR

**JERMAINE JOHN SCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75578-R**

## ORDER

Before the Court is appellate counsel's July 17, 2017 motion to withdraw. The motion states that counsel must withdraw because of a conflict of interest, specifically having represented a State's witness in the case.

We **GRANT** the July 17 motion. Christian T. Souza is **REMOVED** as counsel of record for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We further **ORDER** the trial court to transmit to this Court, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record with the order appointing new counsel.

We **ABATE** this appeal to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental clerk's record containing the order appointing new counsel is filed, whichever is earlier.

/s/    LANA MYERS
         JUSTICE